UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF GEORGIA

**Neville Reid**

Plaintiff/Petitioner

vs.

**Capital Accounts, LLC**

Defendant/Respondent

Case No.: 1:19-cv-05594-CC-RGV

AFFIDAVIT OF SERVICE OF
Summons in a Civil Action; Preliminary Statement; Civil Cover Sheet

Received by **Patricia Joyce Damach-Cirko**, on the **19th day of February, 2020 at 8:02 PM** to be served upon **Capital Accounts, LLC c/o Incorp Services, Inc., Registered Agent** at **2000 Riveredge Parkway, Northwest, Suite 885, Atlanta, Fulton County, GA 30328**.
On the **20th day of February, 2020 at 10:27 AM**, I, **Patricia Joyce Damach-Cirko**, SERVED **Capital Accounts, LLC c/o Incorp Services, Inc., Registered Agent** at **2000 Riveredge Parkway, Northwest, Suite 885, Atlanta, Fulton County, GA 30328** in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering **1** copy(ies) of the above listed documents to the named Corporation, by serving **Incorp Services, Inc., Registered Agent**, on behalf of said Corporation.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**Jessica Chapman accepted service, as authorized Recipient, with identity confirmed by subject stating their name, a black female approx. 18-25 years of age with black hair.**

I, being first duly sworn, depose and state: That I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

NAME: _[signature]_       CPS231        2·25·2020
Patricia Joyce Damach-Cirko    Server ID #        Date

Notary Public: Subscribed and sworn before me on this 25th day of February in the year of 2020
Personally known to me ____ or √ identified by the following document:

Number/Reference: 059067648
Type: GA DL
Notary Public for State of: Georgia
Commission Expiration: 01/15/2023

_[signature]_
Notary Public (Legal Signature)

GEORGINA PLATERO
Notary Public - State of Georgia
Gwinnett County
My Commission Expires Jan 15, 2023

REF: 19-14107

Page 1 of 1
Tracking #: 0050424270